IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHNNY STEWART,

    Plaintiff,

v.                                                                                  No. 15-cv-0297 KG/SMV

STATE OF NEW MEXICO,

    Defendant.

## ORDER TO CURE DEFICIENCY

    Plaintiff submitted a civil rights complaint on April 13, 2015. [Doc. 1]. He filed a Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915 the same day. [Doc. 2]. The Court determines that Plaintiff's Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915 is missing the required **certified copy of Plaintiff's inmate account statement for the 6-month period immediately preceding this filing**. *See* 28 U.S.C. § 1915(a)(2). Failure to cure the designated deficiency within **30 days** from entry of this order may result in dismissal of this action without further notice. Papers that Plaintiff files in response to this order must include the civil action number (15-cv-0297 KG/SMV) of this case.

    **IT IS THEREFORE ORDERED** that Plaintiff cure the deficiency designated above within **30 days** from the date of this order.

    **IT IS SO ORDERED.**

_____

**STEPHAN M. VIDMAR**
**United States Magistrate Judge**