# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JOHNNY STEWART,

    Plaintiff,

v.                                                                No. CV 15-0297 KG/SMV

STATE OF NEW MEXICO,

    Defendant.

## ORDER OF DISMISSAL

This matter is before the Court *sua sponte*. Plaintiff has not responded to a prior order (Doc. 4) that required him to cure certain filing deficiencies. Because Plaintiff has failed to comply with statutory filing requirements and a Court order, or show cause why compliance should be excused, *see Baker v. Suthers*, 9 F. App'x 947, 949 (10th Cir. 2001), the Court will dismiss the complaint.

IT IS THEREFORE ORDERED that Plaintiff's Civil Rights Complaint is DISMISSED without prejudice, pending motions are DENIED as moot, and this action is DISMISSED.

_____
UNITED STATES DISTRICT JUDGE